FRANK ADAMS & CO. ET AL. *v.* UNITED STATES ET AL.

No. 506.   Decided December 9, 1963.

*Howard Gould* for appellants.

*Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Irwin A. Seibel, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission.

*F. B. Henderson, Richard J. Murphy, Kemper A. Dobbins, R. B. Claytor* and *Robert H. Bierma* for appellee rail carriers.

PER CURIAM.

The motion of Henry B. Street for leave to withdraw his appearance as counsel for the appellants is granted. The motions to affirm are granted and the judgment is affirmed.